CO-386-online
10/03

# United States District Court
# For the District of Columbia

Interfaith Worker Justice   )
          )
          )
          )
    **Plaintiff** )  Civil Action No._____
  **vs**      )
          )
United States Department of Labor )
          )
          )
    **Defendant** )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for   Interfaith Worker Justice   certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of   Interfaith Worker Justice   which have

any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

_490928_____
BAR IDENTIFICATION NO.

Adina H. Rosenbaum
Print Name

1600 20th Street, NW
Address

Washington, DC 20009
City   State   Zip Code

(202) 588-1000
Phone Number