# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INTERFAITH WORKER JUSTICE,** <br> 1020 West Bryn Mawr Ave., 4th Floor <br> Chicago, IL 60660 <br><br> **Plaintiff,** <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF LABOR,** <br> 200 Constitution Ave., NW <br> Washington, D.C. 20460; and <br><br> **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-0090(RJL) <br> )       ECF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Mercedeh Momeni, Assistant United States Attorney, as counsel of record for defendant, in the above-captioned case.

Respectfully submitted,

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February, 2006, I caused the foregoing Notice of Appearance to be served on plaintiff's counsel by first class mail:

Adina H. Rosenbaum
Public Citizen Litigation Group
1600 20th St., NW
Washington, DC 20009

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)