UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INTERFAITH WORKER JUSTICE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.  ) | Civil Action No. 06-0090(RJL) |
| ) | ECF |
| ) | |
| **UNITED STATES DEPARTMENT OF LABOR,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### FIRST CONSENT MOTION FOR EXTENSION
### OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND

Defendant hereby moves for an extension of time within which to file an answer or otherwise respond to Plaintiff's Complaint, through and including March 24, 2006. Good cause exists to grant this motion.

1. Defendant's answer to the Complaint is currently due on February 23, 2006.

2. Defendant requires additional time to prepare and file an answer or otherwise respond to Plaintiff's Complaint. This time is principally needed because of the schedule of lead counsel for Defendant, which has included settlement negotiations in the matters of Szejner v. Quander, Civil Action No. 04- 0060 (ESH), and Green v. Small, Civil Action No. 05-1055 (ESH), deposition and other discovery activity in the matters of Edwards v. EPA, Civil Action No. 05-0426 (JDB), and Graham v. Architect of the Capitol, Civil Action No. 05-1340(JR), trial preparations in the matter of Henderson v. Mineta, Civil Action No. 02-1498 (GK), and an appellate brief in the matter of Consumer Federation of America v. USDA, Civil Action No. 04-1788 (EGS)/ No. 05-5360.

3. This is the first extension sought of this deadline.

4. Pursuant to Local Rule 7(m) undersigned counsel contacted counsel for Plaintiff who has indicated that she consents to this request.

WHEREFORE, Defendant requests that this enlargement be granted, and that the date for the reply be extended to March 24, 2006. A minute order is requested.

Respectfully submitted,

/s/
_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

/s/
_____
R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC  20530
(202) 305-4851

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2006, I caused the foregoing *Motion for Extension of Time to File an Answer or Otherwise Respond* to be served on Plaintiff's counsel via electronic mail at: arosenbaum@citizen.org.

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)