UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INTERFAITH WORKER JUSTICE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-0090(RJL) |
| | )     ECF |
| | ) |
| **UNITED STATES DEPARTMENT OF LABOR,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**JOINT MOTION TO STAY ANSWER OR RESPONSE TO
COMPLAINT PENDING THE OUTCOME OF SETTLEMENT NEGOTIATIONS**

The parties hereby move for a stay of defendant's answer or response, pending the outcome of settlement negotiations. Good cause exists to grant this motion.

1. The parties have been working cooperatively to resolve the instant matter without further litigation.

2. Undersigned counsel have held discussions regarding the matter. Additionally, on March 22, 2006, a lengthy conference call was held with the parties involved in order to move the matter forward. Although substantial progress was made, additional time is necessary to resolve some details.

3. Defendant's answer to the Complaint is due on March 24, 2006.

4. Accordingly, the parties request that defendant's answer be stayed for 30 days while the settlement discussions continue. Should the parties' discussions fail to produce a settlement, they shall notify the court immediately. Defendant's answer shall become due two weeks within the closing of the discussions.

WHEREFORE, the parties request that this motion be granted. A minute order is requested.

Respectfully submitted,
*/s/ with authorization*

---

Adina H. Rosenbaum, DC Bar #490928
Brian Wolfman, DC Bar # 427491
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC  20009
*Attorneys for Plaintiff*

/s/

---

KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney
/s/

---

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney
/s/

---

MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Civil Division
Washington, DC  20530
(202) 305-4851
*Attorneys for Defendant*