# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **INTERFAITH WORKER JUSTICE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-0090(RJL)** |
| | ) | **ECF** |
| | ) | |
| **UNITED STATES DEPARTMENT OF LABOR,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### STATUS REPORT AND CONSENT MOTION TO STAY ANSWER OR RESPONSE TO COMPLAINT PENDING THE OUTCOME OF SETTLEMENT NEGOTIATIONS

Defendant  hereby respectfully submits the following status report and moves for a stay of its answer or response, pending the outcome of settlement negotiations.  Good cause exists to grant this motion.

1.  The parties continue to work cooperatively to resolve the instant matter without further litigation.

2.  During the past weeks, undersigned counsel have held further discussions regarding the matter.  The parties have exchanged certain documents and, as a result, additional questions have been raised.  Although progress has been made, additional time is necessary to resolve some details.

3.  Defendant's answer to the Complaint is currently due on April 24, 2006.

4.  Accordingly, the Defendant requests that its answer be stayed until May 25, 2006, while the settlement discussions continue.  In the event that negotiations fail, Defendant's answer shall become due no later than May 25, 2006.

5.  The parties have conferred pursuant to Local Rule 7(m).  Plaintiff's counsel consents to this request.

WHEREFORE, Defendant respectfully requests that this motion be granted.  A minute order is requested.

Dated April 21, 2006.

Respectfully submitted,

/s/

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

/s/

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

/s/

_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Civil Division
Washington, DC  20530
(202) 305-4851

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 21, 2006, I electronically filed the foregoing *Status Report and Motion* with the Clerk of the Court, to be served by operation of the Court's Electronic Filing System upon Plaintiff's counsel as follows:

Adina H. Rosenbaum
Brian Wolfman
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC  20009

/s/
_____
Mercedeh Momeni
Assistant United States Attorney
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C.  20001
(202) 305-4851