UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERFAITH WORKER JUSTICE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0090 (RJL) |
| | ) ECF |
| UNITED STATES DEPARTMENT OF LABOR | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(i), plaintiff Interfaith Worker Justice hereby dismisses its unanswered complaint in the above-styled case.

Respectfully submitted,

/s/
Adina H. Rosenbaum
(DC Bar No. 490928)
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, DC  20009
(202) 588-1000
(202) 588-7795 (fax)

Dated: May 11, 2006          Attorney for Plaintiff